ITHACA TRACTION CORPORATION, Appellant, v. THE TRAVELERS INDEMNITY COMPANY, Respondent.— Order unanimously affirmed, with costs.

JULIUS KAYSER & COMPANY, Respondent, v. RICHARD ELSEMILLER, Individually and as President of the SILK GLOVE CUTTERS' UNION, LOCAL No. 888, AMSTERDAM, N. Y., OF THE UNITED TEXTILE WORKERS OF AMERICA, and Others, Defendants. CHRISTINA WALSH, Appellant.— In accordance with the stipulation of the respective attorneys herein, and the recommendation of the district attorney of the county of Montgomery, and the commissioner of public safety of the city of Amsterdam, the proceeding is dismissed.

JULIUS KAYSER & COMPANY,. Respondent, v. RICHARD ELSÉMILLER, Individually and as President of the SILK GLOVE CUTTERS' UNION, LOCAL No. 888, AMSTERDAM, N. Y., OF THE UNITED TEXTILE WORKERS OF AMERICA, and Others, Defendants. FRED WELCH, Appellant.— In accordance with the stipulation of the respective attorneys herein, and the recommendation of the district attorney of the county of Montgomery, and the commissioner of public safety of the city of Amsterdam, the proceeding is dismissed.

PETER KEELER BUILDING COMPANY, Respondent, v. E. H. TITCHENER & COMPANY, Appellant.— Decision amended so as to read as follows: Judgment and order reversed, with costs, and the complaint dismissed, with costs. Opinion by Henry T. Kellogg, J. All concur, except Cochrane, J., dissenting, with a memorandum in which Woodward, J., concurs. [See 190 App. Div. 135.]

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by MARY HANLEY, Respondent, under the Workmen's Compensation Law, for the Death of THOMAS HANLEY, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award reversed and claim dismissed on the ground that the deceased was engaged in interstate commerce under the authority of *Southern Pacific Co.* v. *Industrial Accident Commission* (174 Cal. 8) and *Southern Pacific Co.* v. *Industrial Accident Commission* (Id. 16). All concur, except Kiley, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM R. MINER, Respondent, for Compensation under the Workmen's Compensation Law, v. FRED L. PORTER, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARIE WELCH (WALSH), Widow, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of JAMES WALSH, Husband of Claimant, v. JAMES J. DOOLEY & SONS, Employer, and MARYLAND CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of PETER PELLERIN, Respondent, for Compensation under the Workmen's Compensation Law, v. ENTERPRISE GARNETTING COMPANY, Employer, and the AMERICAN MUTUAL LIABILITY INSURANCE COMPANY,